```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STACY WASHINGTON,

                                  **Plaintiff,**

          -against-

NYC MADISON AVENUE MEDICAL P.C., et al.,

                                  **Defendants.**

-----------------------------------------------------------------X

20-CV-3446 (LTS) (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

        Plaintiff filed the complaint on May 3, 2020. ECF No. 1. Accordingly, service was due by August 3, 2020. The docket does not reflect that Defendants were served. By August 28, 2020, Plaintiff shall file proof of service or a letter explaining why this action should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m).

**SO ORDERED.**

DATED:    August 25, 2020
                New York, New York

                                                  SARAH NETBURN
                                                  United States Magistrate Judge