# LAW OFFICE OF
# YURIY MOSHES, P.C.

**Please reply to our BROOKLYN office**

322 West 48th Street, 6th FL          111 Northfield Ave, Suite 208A          517 Brighton Beach Ave., 2nd Floor
New York, NY 10036                    West Orange, NJ 07052                   Brooklyn, NY 11235

**Tel. (888) 445-0234 Fax: (646) 843-7570**

Yuriy Moshes, Esq.                                                          Gennady Litvin, Esq.
                                                                           Jessenia Maldonado, Esq.
*Member of NJ and NY Bar.*                                                 *Members of NY Bar.*

December 18, 2020

**_Via_ ECF**
Hon. Laura Taylor Swain                              **MEMO ENDORSED**
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:     ***Washington v. NYC Madison Avenue Medical P.C. et al***
                **20-cv-03446 (LTS)(SN)**

Your Honor:

        We represent Plaintiff Stacy Washington in the above-captioned matter. We write now, with the consent of Defendants' counsel, to propose a briefing schedule for Defendants' motion to dismiss. (Doc. No.: 24).

        The Parties have agreed to the following briefing schedule:

- Plaintiff's opposition to be filed on January 7, 2021; and
- Defendants' reply to be filed on January 21, 2021.

        The Parties also request that the mediation currently scheduled for January 12, 2021, be adjourned until resolution of Defendants' motion. The reason for this request is that Defendants' motion attempts to resolve the issue of liability by each Defendant. Specifically, Defendants move to dismiss four (4) out of six (6) Defendants sued in the instant action. The Parties believe that this issue must first be resolved before a settlement can be reached.

        We thank the Court for its time and consideration of this request.

Respectfully submitted,

**LAW OFFICE OF YURIY MOSHES, P.C.**

_____/s/_____
Jessenia Maldonado, Esq.

cc:    Nicole Allocca, Esq. (_Via_ ECF)
       Paul D. Werner (_Via_ ECF)

The requests for approval of the above briefing schedule and for adjournment of mediation pending resolution of the motion are granted.  DE# 16 resolved.
SO ORDERED.
/s/ Laura Taylor Swain, USDJ  12/21/2020