**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
STACY WASHINGTON,

                Plaintiff,                          20 **CIVIL** 3446 (LTS)(SN)

      -against-                                      **<u>JUDGMENT</u>**

NYC MADISON AVENUE MEDICAL P.C., NYC
MIDTOWN HEALTH LLC, NYC 23RD STREET
MEDICAL PLLC, PREVENTATIVE WELLNESS
OF WESTCHESTER LLC, MIRZA MEDICAL,
P.C., and ELIZ CRUZ (individually),

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Memorandum Order dated September 3, 2021, NYC Midtown Health LLC ("NYC Midtown"), NYC 23rd Street Medical PLLC ("NYC 23rd"), Preventative Wellness of Westchester LLC ("Preventative"), Mirza Medical P.C. ("Mirza"), (the Moving Defendants') motion for judgment on the pleadings is granted. This case remains referred to Magistrate Judge Netburn for general pre-trial management.

**Dated:**  New York, New York
          September 3, 2021

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                               **BY:**      *K. Mango*
                                                            **Deputy Clerk**