UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STACY WASHINGTON,

                               Plaintiff,                        20-CV-03446 (LTS)(SN)

      -against-                                             <u>ORDER</u>

NYC MADISON AVENUE MEDICAL P.C., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the Court's resolution of the Defendants' motion for judgment on the pleadings, ECF No. 35, and the conclusion of court-ordered mediation proceedings, the remaining parties are directed to file a joint letter no later than December 16, 2021, setting forth a proposed schedule to complete outstanding discovery in this case.

SO ORDERED.

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      December 9, 2021
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2021