UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STACY WASHINGTON,

                               Plaintiff,                   20-CV-03446 (LTS)(SN)

      -against-                                   **ORDER**

NYC MADISON AVENUE MEDICAL P.C., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Having reviewed the parties' proposed scheduling order for the remaining discovery deadlines in this case, the Court enters the following scheduling order:

       **Pleadings and Parties**. Any motion to amend or join additional parties must satisfy the good cause standard of Rule 16(b)(4).

       **Discovery**. All fact discovery shall be completed by Monday, May 16, 2022. Disclosure of expert evidence as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts, if any, shall be made by Thursday, June 16, 2022. The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by Monday, July 18, 2022. All expert discovery shall be completed by Monday, August 15, 2022.

       **Status Letter**. A joint letter informing the Court about the status of discovery shall be filed with the Court by Friday, March 4, 2022. The letter should address any outstanding discovery disputes and note whether the parties anticipate conducting expert discovery.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/2021

**Settlement Conference**. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. Accordingly, the parties are encouraged to contact Courtroom Deputy Rachel Slusher, rachel_slusher@nysd.uscourts.gov, with three mutually convenient dates to schedule a settlement conference for a time when they believe it would be productive.

**Summary Judgment Motion**. Any summary judgment motion shall be filed, without a pre-motion letter, by Wednesday, September 14, 2022.

**Trial**. The parties request a jury trial.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   December 17, 2021
         New York, New York