UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/18/2022
```

STACY WASHINGTON,

                                                  Plaintiff,                                    20-CV-03446 (LTS)(SN)

     -against-                                                              **ORDER**

NYC MADISON AVENUE MEDICAL P.C., et al.,

                                     Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On May 4, 2022, the Court ordered the parties to file a letter by May 13, 2022, advising the Court whether any party intends to offer an expert witness. See ECF No. 43. As of the issuance of this order, the parties have not done so. The parties' letter is due no later than May 20, 2022.

**SO ORDERED.**

                                                                           *[signature]*
                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     May 18, 2022
                  New York, New York