UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STACY WASHINGTON,

                        Plaintiff,                      20-CV-03446 (LTS)(SN)

      -against-                                        ORDER

NYC MADISON AVENUE MEDICAL P.C., et al.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the circumstances described in Plaintiff's letter, ECF No. 50, discovery is reopened until August 5, 2022, to permit the deposition of Plaintiff. By close of business on August 5, 2022, the parties shall file a joint letter confirming that Plaintiff's deposition has taken place. If Plaintiff's deposition does not take place by August 5, 2022, by Monday, August 8, 2022, Plaintiff must show cause why this case should not be dismissed for failure to prosecute. No extensions will be granted to this schedule.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      July 28, 2022
                 New York, New York

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 7/28/2022*