UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

STACY WASHINGTON,

        Plaintiff,

  -v-                                         No. 20 CV 3446-LTS-SN

NYC MADISON AVENUE MEDICAL P.C.,
NYC MIDTOWN HEALTH LLC, NYC 23ʳᴰ
STREET MEDICAL PLLC,
PREVENTATIVE WELLNESS OF
WESTCHESTER LLC, MIRZA MEDICAL,
P.C., and ELIZ CRUZ (individually),

        Defendants.

-------------------------------------------------------x

## ORDER

In light of the pending motion(s), the final pre-trial conference in the above-captioned case, previously scheduled for May 19, 2023, is hereby adjourned to **September 22, 2023, at 11:00 a.m.**

        SO ORDERED.

Dated: New York, New York
       May 11, 2023

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge