

# LAW OFFICE OF YURIY MOSHES, P.C.

*Please reply to our NEW YORK CITY office*

| 322 West 48th Street, 6th FL | 111 Northfield Ave, Suite 208A | 517 Brighton Beach Ave., 2nd Floor |
| New York, NY 10036 | West Orange, NJ 07052 | Brooklyn, NY 11235 |

Tel. (888) 445-0234 Fax: (646) 843-7570
_____

Yuriy Moshes, Esq.                                                                                     Gennady Litvin, Esq.
                                                                                                       Jessenia Maldonado, Esq.
*Members of NJ and NY Bar.*                                                                            *Members of NY Bar.*

November 30, 2023

**Via ECF**
Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

## MEMO ENDORSED

Re:   **Stacy Washington v. NYC Madison Medical, et al.**
        Case No. 1:20-cv-3446 (LTS)(SN)

Dear Judge Swain:

      Moshes Law represents the Plaintiff, Stacy Washington, in the above-referenced matter. The parties, after mediation, have concluded a settlement agreement. The settlement agreement (Document Number 83) was filed with the Court today, but it was mistakenly not sealed, although Plaintiff's counsel thought that he had marked the box for the document to be sealed. Plaintiff's counsel immediately called the Clerk's Office and the Clerk's Office agreed to immediately seal the document, but they instructed that a motion must be filed to maintain the seal of that document. The parties jointly request that the Court maintain the seal on the Settlement Agreement (Document Number 83).

      The Plaintiff's counsel apologizes to the Court for the need for this motion. Thank you for your kind attention to this matter.

As the parties' joint application to seal does not conform to subdivision A.5 of the Court's Individual Practice Rules, the request is denied without prejudice to renewal. The parties' attention is directed to subdivision A.5(b)(ii) in particular, which requires a motion to file sealed or redacted materials to justify the request in light of the standards set forth in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). The Clerk of Court is respectfully directed to maintain the filed settlement agreement (DE 83) under seal for 30 days, or until the Court is able to rule on the merits of a properly filed motion to seal, should the parties renew their request.
SO ORDERED.
/s/  Laura Taylor Swain, Chief USDJ, 12/1/2023

Respectfully submitted,

By:     /s/ Gennady Litvin_____
        Gennady Litvin, Esq.
        517 Brighton Beach Ave., 2nd Floor
        Brooklyn, New York 11235
        Tel: 718-504-6090
        glitvin@mosheslaw.com