UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STACY WASHINGTON,

                              **Plaintiff,**                        20-CV-03446 (LTS)(SN)

        -against-                                    **ORDER**

NYC MADISON AVENUE MEDICAL P.C., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      As discussed at the April 15, 2024 conference, the parties are directed to file a joint letter by May 15, 2024, updating the Court on the status of settlement.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      April 16, 2024
                    New York, New York