UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

STACY WASHINGTON,

                                        Plaintiff,

      -against-

NYC MADISON AVENUE MEDICAL
P.C.,

                                        Defendant.
--------------------------------------------------------x

No. 1:20-CV-3446-LTS-SN

## ORDER

On October 3, 2023, this Court entered an Order of Dismissal, without prejudice to the restoration of the action upon application of a party within a thirty-day period following entry of the Order and any extensions of such period. (See docket entry no. 78.) The parties were further advised that should they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, the parties must submit the agreement to the Court to be so ordered. (Id.)

On November 30, 2023, Plaintiff, Stacy Washington, timely filed the settlement agreement reached between Plaintiff and Defendant NYC Madison Avenue Medical, P.C. (See docket entry nos. 85, 87, 91.) In approving redactions to such agreement filed with the Court, the Court noted that the parties had moved the Court to retain jurisdiction over the agreement for enforcement purposes.[1] (Docket entry no. 92.)

In an abundance of caution, this Order serves to clarify, nunc pro tunc, that the

---

[1] Although the redacted version of the settlement agreement filed on the public docket at docket entry no. 91 is unexecuted, the unredacted copy of the settlement agreement maintained under seal at docket entry no. 83 has been executed by both parties.

settlement agreement filed at docket entry no. 83, with redactions approved at docket entry no. 92, is so ordered.

       SO ORDERED.

Dated: New York, New York
       May 17, 2024

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge