UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

STACY WASHINGTON,                                    Docket No. 20-cv-3446-LS-SN

                Plaintiff,                          **JUDGMENT**

-against-

NYC MADISON AVENUE MEDICAL P.C. *et al.,*

                Defendants.
--------------------------------------------------------------------X

        This action having been commenced on May 3, 2020 and litigated thereafter and the case

having been settled between Plaintiff and NYC Madison Avenue Medical P.C., after mediation,

on or about November 30, 2023, and Defendant NYC Madison Avenue Medical P.C. having

defaulted under the terms of the settlement agreement, but Defendant NYC Madison Avenue

Medical P.C. having consented to the entry of this judgment, it is

        **ORDERED, ADJUDGED AND DECREED**: That Plaintiff will have judgment against

Defendant NYC Madison Avenue Medical P.C. in the amount of $38,000.00 with interest at

_9_ % from November 30, 2023, amounting to $ _1,817.75_ , for a total judgment

amount of $ _39,817.75_ .

Dated:  New York, New York
        June _11_, 2024

                    /s/ *Laura Taylor Swain*
                    The Honorable Laura Taylor Swain, Chief U.S.D.J.